**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2019

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Dayvon Williams,* 17-cr-00114 (VM)

Dear Judge Marrero,

I write regarding the pending status conference in the above-captioned case. The Government understands that the defendant's underlying state case is ongoing and the next status conference in Bronx Supreme Court will be on September 9, 2019. Accordingly, the Government respectfully requests that the Court adjourn the Violation of Supervised Release status conference, currently scheduled for 3:45 p.m., on July 26, 2019, to a date convenient to the Court during the week of September 16, 2019.[1] Defense counsel and the U.S. Probation Officer consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *\/s/ Louis A. Pellegrino*
Louis A. Pellegrino
Assistant United States Attorney
(212) 637-2617

[1] The Government respectfully requests the week of September 16, 2019, because the undersigned is lead counsel in a one-week trial that is scheduled to begin on September 10, 2019.