**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2019

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Dayvon Williams*, 17-cr-00114 (VM)

Dear Judge Marrero,

I write regarding the September 27, 2019 status conference in the above-captioned case. The Government understands from defense counsel that the defendant has been indicted in the underlying state case, and the next status conference in Bronx Supreme Court will be on October 16, 2019. In addition, the undersigned will be on trial before the Hon. Charles R. Breyer (visiting) the day of the status conference. Accordingly, the Government respectfully requests that the Court adjourn the Violation of Supervised Release status conference to any date convenient to the Court after October 16, 2019. Defense counsel and the U.S. Probation Officer consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: */s/ Louis A. Pellegrino*
Louis A. Pellegrino
Assistant United States Attorney
(212) 637-2617