USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 27, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,　　　　: 　　**17 CR 114 (VM)**
　　　　　　　　　　　　　　　　　 :
　　　　-against-　　　　　　　　　 :
　　　　　　　　　　　　　　　　　 :　　**ORDER**
DAYVON WILLIAMS,　　　　　　　　　:
　　　　　　　　　　　　　　　　　 :
　　　　　　　　Defendant.　　　　　:
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

　　The Court previously scheduled a violation of supervised release conference in the above-referenced matter for April 3, 2020 at 1:45 p.m. Due to the ongoing coronavirus pandemic, the Court will reschedule the conference.

　　Accordingly, it is hereby ordered that the conference be held before Judge Marrero on Friday, June 26, 2020 at 4:45 p.m.

**SO ORDERED:**

Dated:　　New York, New York
　　　　　26 March 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.