**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2020

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Dayvon Williams,* 17-cr-00114 (VM)

Dear Judge Marrero,

I write regarding the status conference currently scheduled in the above captioned matter for Friday, August 7, 2020, at 1:30 p.m. The Government has conferred with the Assistant District Attorney in charge of Mr. Williams's state case, and understands that the next scheduled court date in his state court matter is a virtual conference scheduled for July 28, 2020. However, it appears unlikely that Mr. Williams's state court case will be resolved on that date. Accordingly, with the consent of the defendant's counsel, the parties respectfully request that the Court adjourn the pending status conference approximately 60 days to a date and time that is convenient to the Court.

Thank you for your consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: *\/s/ Louis A. Pellegrino*
Louis A. Pellegrino
Assistant United States Attorney
(212) 637-2617

cc: Guy Oksenhendler, Esq.