```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 12, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAYVON WILLIAMS,

Defendant.

17 CR 114(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a conference to discuss substitution of counsel for defendant Dayvon Williams (see attached letter) shall be held on Friday, September 11, 2020, at 12:00 p.m. The time of the conference will be confirmed in conjunction with the Metropolitan Correctional Center and the Clerk of Court. A scheduling Order containing the dial-in information will follow.

**SO ORDERED.**

Dated: New York, New York
       12 August 2020

_____
Victor Marrero
U.S.D.J.

97 Cr 114

July 28th 2020

To Honorable Judge, Victor Marrero

RECEIVED AUG 4 - 2020 CHAMBERS OF JUDGE MARRERO

I Dayvon Williams being first Duly Sworn Depose & Say & Declared by My Letter, That the following facts are True, Correct & Complete to the best of my Knowledge & belief. That I Dayvon Williams have been trying to Reach out to my Counsel Several times & Its hard to get In Contact with him, he doesn't respond back to messages, & When I Do hear from him and respond back to him, I Don't get no Response at all. I've been trying to have my Counselors here In MCC Call him & his voicemail box Is always full. I been asking for different motions to Be filed and he Ignores me. At this time I'm asking that you Grant me New Counsel.

Thank You for Your Time & Patience.