USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 8, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAYVON WILLIAMS,

            Defendant.

17 CR 114(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that a conference to discuss substitution of counsel for defendant Dayvon Williams (see Dkt. No. 104) shall be held on Friday, September 25, 2020, at 10:30 a.m. The time of the conference will be confirmed in conjunction with the Clerk of Court and the Metropolitan Correctional Center. Due to the ongoing COVID-19 pandemic, the conference will take place by telephone, using the dial-in 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       8 September 2020

_____
Victor Marrero
U.S.D.J.