```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>— against —<br><br>DAYVON WILLIAMS,<br><br>Defendant. | 17 CR 114(VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a conference to discuss substitution of counsel for defendant Dayvon Williams (see Dkt. No. 104) shall be held on Friday, September 25, 2020, at 10:30 a.m. Due to the ongoing COVID-19 pandemic, the conference will take place by telephone, using the dial-in 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       17 September 2020

_____
Victor Marrero
U.S.D.J.