```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| — against — | 17 CR 114(VM) |
| DAYVON WILLIAMS, | |
| Defendant. | **ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 5, 2021

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that a conference to discuss substitution of counsel for defendant Dayvon Williams (<u>see</u> attached letter) shall be held on Friday, February 19, 2021 at 12:00 p.m. Due to the ongoing COVID-19 pandemic, the conference will take place by telephone, using the dial-in 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       5 February 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

TO: ☒ Honorable V. Marrero          1-4-21
From: Dayvon Williams

17 Cr 114

I hope all is well.
I am writing in regards of finding a new counsel. I currently have Guy Oksenhendler representing me & I'm not satisfied with his services. He does not contact me or my family, I constantly reach out to him & he does not write back. my family as well as the counselors here at MCC have tried numerous times to call him & he never answers the phone, and his mail box is always full. I know you are aware that I'm here on a violation, I have 22 months in already & I'm fighting a state case. I was told the state case was the reason I was being held. With all the Covid 19 going on outside I'm currently on bail for that case. I've tried to have Guy put in bail applications because I have bad health issues. Since I've been back here at MCC there has been 4 fire's, the last one being December 1st 2020 in the 9S special housing unit where I was placed after being assaulted. At this time there was a fire, I was trapped in my cell & passed out from smoke. I have real bad asthma & I awoken in the visit room cuffed with 30 other inmates. I didnt recieve medical attention right away until 6 days later. I tried then to reach out to my counsel which I got no answer.

My State lawyer tells me he havent heard from Guy in months in which he has been emailing him. I'm just asking for a new counsel & for you to look into all that I have been through & indured here and a little violation. If it's possible for me to be able to get the compassionate Release or bail. Coming back to this place has humbled me & I actually changed into a better human being. I'm no longer trying to find myself. You been my judge since I was 21 years old I'm now about to be 26 years old. I'm done with this life, I'm just asking for another chance to show you. If you let me go I promise to be a better man & raise my daughter & son who is about to be 2 years old, I havent even met them yet. I never had a father I just want my kids to have one. I will follow all rules to programs & every stipulation. My state case that I'm fighting, I'm currently on bail right now for. I just ask that you see all that I've been through & grant me another chance at a life. Even if its for a little while. Due to covid I'm scared I might not see my loved ones long. Please & thank you.

—Davion Williams.

Dayvon Williams
78640-054
MCC-NYC
150 Park Row
New York, NY 10007



NEW YORK NY 100
5 JAN 2021  PM 11 L

Honorable: Victor Marrero
500 Pearl St.
New York, NY 10007

10007-131699