USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 18, 2021

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

February 18, 2021

VIA ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v Dayvon Williams*
             17 Cr 114 (VM)
             Consent Request for Adjournment of Conference

Dear Judge Marrero:

    Reference is made to the scheduled conference regarding defendant Dayvon Williams in the above-entitled case. It is respectfully requested that the sentencing be adjourned on consent until March 5, 2021 or any date thereafter convenient to the Court. Counsel is rectifying the situation with his client and hopes to remain as counsel in the case.

    I have advised my client and the Assistant United States Attorney Louis Pellegrino regarding this situation, and both consent to this request for an adjournment.

    Accordingly, it is respectfully requested that the sentencing in this matter be adjourned until March 5, 2021 or any date thereafter convenient to the Court.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

---

Request **GRANTED.**
The conference scheduled for February 19, 2021 at 12 p.m. is hereby adjourned to March 5, 2021 at 12 p.m. Any bail application defense counsel seeks to make should be made in the Magistrate Court.

SO ORDERED.

February 18, 2021
DATE

/s/ VICTOR MARRERO, U.S.D.J.