UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAYVON WILLIAMS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 30, 2021

17 CR 114(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Due to the ongoing COVID-19 pandemic, the conference scheduled for Thursday, July 1, 2021 at 12:00 p.m. will take place by telephone, using the dial-in 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       29 June 2021

Victor Marrero
U.S.D.J.

