```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

— against —

DAYVON WILLIAMS,

            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 2, 2021
```

17 CR 114(VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    On July 23, 2021, defense counsel filed a motion to lift the detainer issued against defendant Dayvon Williams in connection with the judgment previously entered on July 6, 2021. (See Dkt. No. 141.) On July 30, 2021, the Government communicated to the Court that the Bureau of Prisons ("BOP") had confirmed that the defendant had completed his sentence. (See Dkt. No. 145.)

    It is hereby ordered that the motion to lift the detainer (Dkt. No. 141) is GRANTED. Any federal detainer against Defendant Dayvon Williams in connection with the July 6, 2021 judgment is hereby lifted. The BOP is ordered to release the defendant immediately.

**SO ORDERED.**

Dated: New York, New York
       31 July 2021

_____
Victor Marrero
U.S.D.J.