UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :
                                    :                ORDER
                                    :
**DAYVON WILLIAMS**                 :              **17-cr-114**
                                    :                Docket#
                                    :
------------------------------------x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____**Guy Oksenhendler**_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_[Attorney's Signature]_      _[Defendant's Signature]_

Attorney's Signature      Defendant's Signature

11/28/2022
6:35 pm

**Guy Oksenhendler**
Print Attorney's Name   194 BURNS ST

~~419 Park Avenue South, 2nd Fl.~~
Address

~~New York, NY 10016~~   FOREST HILLS NY 11375

~~(212) 213-4666~~   917 804 8867
Telephone

SO ORDERED:

_[signature]_
Victor Marrero
U.S.D.J.

11/29/2022
DATED

_[signature]_
Laura Taylor Swain
Chief Judge

11/20/2022
DATED