**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

DAYVON WILLIAMS,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

**17 CR 114 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The conference to address Defendant's violations of supervised release is hereby scheduled for December 21, 2022 at 12:00 p.m.

**SO ORDERED.**

Dated:    13 December 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.