```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

DAYVON WILLIAMS,

                     Defendant.

17 CR 114 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference to address Defendant's violations of supervised release scheduled for December 21, 2022 is hereby adjourned until January 13, 2023 at 12:00 p.m. The proceeding will take place in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    20 December 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.