**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023

January 5, 2023

VIA ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v Dayvon Williams*
              17 Cr 114 (VM)
              Consent Request to Adjourn Conference on Violation of
              Supervised Release

Dear Judge Marrero:

      Reference is made to the scheduled conference Before Your Honor on January 13, 2023 on Mr.William's Violation of Supervised Release.  Today, Mr. Williams appeared in Bronx Supreme Court on his New York State case, which was adjourned until February 7, 2023.  The prosecution in his Bronx case has yet to make discovery available in that matter and it is counsel's understanding that the case is marked for termination on the next date should the prosecutor fail to certify the case.  Accordingly, it is respectfully requested that the Violation of Supervised Release matter before Your Honor be adjourned until after his February 7, 2023 state court appearance in the Bronx.

      Currently Mr. Williams is at Rikers Island and it is requested that he be allowed to remain there rather than be taken into Federal Custody.  If taken in Federal Custody, Mr. Williams will be prejudiced in that he will be quarantined at any new facility for a number of a weeks.  Currently he has a court appearance scheduled in Bronx County Supreme Court on February 7, 2023 and it is important that he make that appearance.  Additionally, if in Federal custody chances are he will not be produced for that appearance and for future appearances.

      Additionally, Mr. Williams waives his right to a speedy arraignment on the specifications on this Violation of Supervised Release to accommodate this request.

      Assistant United States Attorney Louis Pellegrino consents to this request.

Should Your Honor have any questions regarding this or any other matter, please do not hesitate to contact counsel immediately.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

Request **GRANTED.** The VOSR arraignment, currently scheduled for January 13, 2023, is hereby adjourned until March 10, 2023 at 11:00 a.m.

**SO ORDERED.**

1/6/2023

DATE — VICTOR MARRERO, U.S.D.J.