USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

April 19, 2023

VIA ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v Dayvon Williams*
               17 Cr 114 (VM)
               Consent Request to Adjourn Conference on Violation of
               Supervised Release

Dear Judge Marrero:

      Reference is made to the scheduled conference Before Your Honor on April 21, 2023 on Mr. William's Violation of Supervised Release. It is respectfully requested that Your Honor adjourn the conference on consent until after his next state court case which is scheduled for May 1, 2023. Mr. Williams has new counsel in his state case and it is hoped the case currently pending in the Bronx County Supreme Court is resolved on that date.

      Assistant United States Attorney Louis Pellegrino consents to this request.

      Should Your Honor have any questions regarding this or any other matter, please do not hesitate to contact counsel immediately.

      Respectfully submitted,

      /s/ *Guy Oksenhendler*
      Guy Oksenhendler



Request GRANTED. The VOSR conference in the above-captioned matter, currently scheduled for April 21, 2023, is hereby adjourned to May 26, 2023 at 12:00 p.m.

SO ORDERED.

4/20/2023
DATE

VICTOR MARRERO, U.S.D.J.