**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023

May 25, 2023

VIA ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v Dayvon Williams*
              17 Cr 114 (VM)
              Consent Request to Adjourn Conference on Violation of
              Supervised Release

Dear Judge Marrero:

      Reference is made to the scheduled conference Before Your Honor on May 26, 2023 on Mr. Williams' Violation of Supervised Release. It is respectfully requested that Your Honor adjourn the conference on consent until July 21, 2023. Mr. Williams' state court case is scheduled for June 8, 2023. Mr. Williams has new counsel in his state case and after consulting with counsel, it is understood that plea negotiations are underway and will hopefully lead to a resolution of that case in short order.

      Assistant United States Attorney Louis Pellegrino consents to this request.

      Should Your Honor have any questions regarding this or any other matter, please do not hesitate to contact counsel immediately.

                                                Respectfully submitted,

                                                /s/ *Guy Oksenhendler*
                                                   Guy Oksenhendler



Request GRANTED. The VOSR conference, currently scheduled for May 26, 2023, is hereby adjourned to July 21, 2023 at 2:00 p.m.

SO ORDERED.

5/25/2023
DATE               VICTOR MARRERO, U.S.D.J.