**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES OF AMERICA,

- against -

DAYVON WILLIAMS,

                Defendant.

**17 CR 114 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

At the Government's request and with defense counsel's consent, the VOSR conference currently scheduled for November 17, 2023, in the above-captioned matter is hereby adjourned to January 5, 2024, at 1:30 p.m.

**SO ORDERED.**

Dated:    9 November 2023
             New York, New York

                                                      _____
                                                           Victor Marrero
                                                             U.S.D.J.