**Law Offices of**
**GUY OKSENHENDLER**
101-28 75th Road, 3rd Floor
Forest Hills, New York 11375
917.804.8869
goksenhendleresq@aol.com



December 29, 2023

VIA ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Dayvon Williams*
            17 Cr 114 (VM)
            <u>Request to Waive Defendant's Appearance at Conference</u>

Dear Judge Marrero:

    Reference is made to the VOSR conference of Defendant Dayvon Williams before Your Honor currently scheduled for January 5, 2024 in the above-entitled case. It is respectfully requested that Your Honor waive the defendant's appearance in this matter on the scheduled conference date. It is counsel's understanding after speaking with the Government, that the Government intends to dismiss the specifications in the filed Violation of Supervised Release when the parties appear before Your Honor.

Thank you for your attention and consideration to this matter and of the issues raised herein. If you have any questions, please do not hesitate to contact the undersigned counsel at Your Honor's convenience.

                                Very truly yours,

                                /s/ *Guy Oksenhendler*
                                   Guy Oksenhendler

cc:    Chelsea Scism , Esq.
        Assistant United States Attorney
        Southern District of New York

        Clerk of the Court
        United States District Court
        Southern District of New York