USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAYVON WILLIAMS,

        Defendant.

17 CR 114(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On January 5, 2024, the Court held a conference regarding Defendant Dayvon Williams's VOSR in the above-captioned case. For the reasons stated on the record at the January 5 conference, the Court hereby grants the Government's request (1) to dismiss all Specifications in connection with Defendant's VOSR and (2) that Defendant's term of supervised release be terminated.

**SO ORDERED.**

Dated: New York, New York
      5 January 2024

                                              Victor Marrero
                                              U.S.D.J.