UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024
```

UNITED STATES OF AMERICA

v.

DAYVON WILLIAMS,

Defendant.

17 Cr. 114 (VM)

**Order**

WHEREAS on September 9, 2022, the Court issued a warrant for defendant Dayvon Williams's arrest in connection with a supervised release violation petition filed by the United States Probation Office;

WHEREAS on January 5, 2024, the Court granted the Government's request to dismiss all specifications in connection with the defendant's violation of supervised release, and the Court ordered the defendant's term of supervised release be terminated;

IT IS HEREBY ORDERED that the warrant for the defendant's arrest, dated September 9, 2022, be vacated.

Dated: New York, New York
       17 April 2024

Victor Marrero
U.S.D.J.